UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         CRIMINAL ACTION

VERSUS                                           NO.  09-38

RICKY WILSON                                     SECTION "N" (5)

## ORDER AND REASONS

Having considered the parties' submissions, the record in this matter, and applicable law, **IT IS ORDERED** that Defendant Wilson's "Motion to Vacate and Correct Sentence Pursuant 28 U.S.C. §2255" (Rec. Doc. 228) asserting an objection, based on the Supreme Court's decision in *Johnson v. United States,* 135 S. Ct. 2551 (2015), to the U.S.S.G. §4B1.1 sentencing enhancement on which his sentence was calculated, is **DENIED**.  *See Beckles v. United States*, 137 S. Ct. 886, 894-96 (2017) (*Johnson's* conclusion regarding the residual clause of the Armed Career Criminal Act of 1984, 18 U.S.C. § 924(e)(2)(B) is inapplicable to U.S.S.G. §4B1.1 sentencing enhancement).

New Orleans, Louisiana, this 9th day of May 2018.

KURT D. ENGELHARDT
United States District Judge